GEORGE S. INGRAHAM et al., Appellants, *v.* NATIONAL SALT COMPANY et al., Respondents.

*Ingraham v. National Salt Co.,* 72 App. Div. 582, appeal dismissed.
(Argued November 11, 1902; decided November 18, 1902.)

APPEAL from a judgment entered July 1, 1902, upon an order of the Appellate Division of the Supreme Court in the second judicial department, affirming an interlocutory judgment of Special Term sustaining demurrers to the complaint.

*George S. Ingraham* for appellants.

*W. B. Putney, Henry B. Twombly* and *Charles W. Pierson* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Absent: VANN, J.